# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HENRY CHOICE,**

    **Plaintiff,**

vs.                                                     Case No. 4:13cv417-RH/CAS

**MAYOR JOHN MARKS,**
**TED TURNER, and FORMER FEDERAL**
**RESERVE CHIEF ALLEN GREENBERG,**[1]

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, who is pro se, submitted a civil rights complaint on August 1, 2013. Doc. 1. Plaintiff also filed a motion seeking leave to proceed in forma pauperis. Doc. 2. Good cause having been shown, Plaintiff's in forma pauperis motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Prior to the Court's review of this case, the Clerk's Office mailed to Plaintiff the Notice, doc. 3, which is sent to all pro se litigants upon case initiation. That notice was returned to the Court as undeliverable. Doc. 4. Review of the mail return in

---

[1] Judicial notice is taken that the correct name of the former Federal Reserve Chairman is Alan Greenspan.

comparison with Plaintiff's stated address in the complaint and the in forma pauperis motion, docs. 1-2, reveal an incorrect address on the docket.  In fairness to the Clerk's Office, Plaintiff's handwriting is difficult to decipher.  Judicial notice is taken that an address exists for 8715 Perker Lane in Tallahassee, but not for 8715 Parker Lane, the address listed on the docket.  Thus, the Clerk of Court shall correct the docket to reflect Plaintiff's correct mailing address.[2]

Federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious.  The Supreme Court has recognized two types of cases which may be dismissed, sua sponte, pursuant to 28 U.S.C. § 1915(d).  Neitzke v. Williams, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless." Id.  This case lacks both an arguable basis in law and presents factual assertions that are groundless.  Plaintiff's allegations against all three Defendants are incomprehensible and fail to allege any injury or harm to Plaintiff.  Doc. 1.  Because the complaint lacks merit and amendment appears futile, dismissal is appropriate.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion to proceed in forma pauperis, doc. 2, is **GRANTED**.

2. The Clerk of Court correct the docket to reflect Plaintiff's address as 8715 Perker Lane in Tallahassee, Florida 32317.

---

[2] It is assumed that Plaintiff may receive mail at this address.  The in forma pauperis motion indicates Plaintiff may be homeless, as he identifies an obligation he has to the Shelter and advises that the address provided belongs to his brother, Raleigh Choice. Doc. 2.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** as frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on September 12, 2013.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**